UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

TIARA L. MULAC

INFORMATION

No. 5:19MJ-7-LLK

18 U.S.C. §113(a)(4)

6:20MJ129

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 10 2019
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

The United States Attorney charges:

### COUNT 1

On or around the 19th day of November 2018, in the Western District of Kentucky at Fort Campbell, Kentucky, within the special maritime and territorial jurisdiction of the United States, TIARA L. MULAC, defendant herein, did assault by striking, beating, or wounding JOHN T. MULAC III, by hitting him in the head area with both hands..

In violation of Title 18, United States Code, Section 113(a)(4).

RUSSELL M. COLEMAN
United States Attorney

By: _____
TARIK J. DOWNIE
Special Assistant U.S. Attorney

TIARA L. MULAC

## PENALTIES

### COUNT 1

18 U.S.C. 113(a)(4)

MINIMUM:

MAXIMUM: $100,000 and/or 1 year confinement

SPECIAL ASSESSMENT: $25

✱ NCK ✱
AO 442 (Rev 11/11) Arrest Warrant

# 11076684

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

W:20MJ129

United States of America
v.

Tiara L. Mulac

Defendant

Case No. 5:19mJ-7-LLK

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Tiara L. Mulac ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment   ☑ Information    ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: On November 19, 2018, the defendant was cited for assault by striking, beating, or wounding. In violation of 18 U.S.C. 113(a)(4).

Date: 02/03/2020

Issuing officer's signature

City and state:   FORT CAMPBELL, KENTUCKY

LANNY KING
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____ at (city and state) _____ |
| Date: _____   Arresting officer's signature _____ |
|    Printed name and title _____ |